No. 78–1078. WORLD-WIDE VOLKSWAGEN CORP. ET AL. *v.* WOODSON, JUDGE, ET AL. Sup. Ct. Okla. Certiorari granted and case set for oral argument with No. 78–952, *Rush* v. *Savchuk* [probable jurisdiction noted, *supra,* p. 905].

No. 78–777. UNITED STATES *v.* CREWS. Ct. App. D. C. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 78–5981. FERRI *v.* ACKERMAN. Sup. Ct. Pa. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 77–1866. BOSWELL ET AL. *v.* GEORGIA POWER CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–524. AZHOCAR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

N. 78–591. HARELSON *v.* UNITED STATES;
No. 78–638. LIPPER ET AL. *v.* UNITED STATES; and
No. 78–769. JOHNSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 575 F. 2d 1347.

No. 78–612. SCHULMAN, DIRECTOR OF LAW, CITY OF CLEVELAND *v.* TEGREENE, DIRECTOR OF FINANCE, CITY OF CLEVELAND. Sup. Ct. Ohio. Certiorari denied.

No. 78–622. CLEMENT ET UX. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 78–624. POWELL *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.